1  Todd C. Atkins (SBN 208879)
   tatkins@atkinsdavidson.com
2  Atkins & Davidson, APC
3  2261 Rutherford Road
   Carlsbad, CA 92008
4  Tel: 619.665.3476

5  *Attorneys for*
   *Cooperative Entertainment Inc.*
6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9

10 | COOPERATIVE ENTERTAINMENT, | Case No. 5:20-cv-7273 (EJD) |
   | INC. | |
11 | | |
   | Plaintiff, | **NOTICE OF APPEAL** |
12 | | |
13 | v. | Date:     N/A |
   | | Time:     N/A |
14 | KOLLECTIVE INC., | Place:    N/A |
   | | Judge:    Hon. |
15 | Defendant. | |

16     Notice is hereby given that plaintiff Cooperative Entertainment Inc. hereby
17
18 appeals to the United States Court of Appeals for the Federal Circuit from the final
19 judgment entered in this action on the 21st day of June, 2021 in favor of defendant.
20
21
22
23
24
25
26
27
28

Notice of Appeal                    -1-              Case No. 5:20-cv-07273 (EJD)

Date: July 21, 2021

*/s/ Todd C. Atkins*

Todd C. Atkins (SBN 208879)
tatkins@atkinsdavidson.com
ATKINS & DAVIDSON, APC
2261 Rutherford Road
Carlsbad, CA 92008
Tel: 619.665.3476

*Attorneys for
Cooperative Entertainment Inc.*